UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LEONARDO A. SOLER,

Plaintiff,

- against -

EQUIFAX INFORMATION SERVICES LLC,

Defendant.

---------------------------------------------------------------X

26-CV-9118 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As Plaintiff has filed an Amended Complaint (Dkt. 11), Defendant's October 21, 2026 request at Dkt. 7 to stay discovery pending resolution of its motion to dismiss at Dkt. 6 is moot. Accordingly, the request to stay discovery is denied, and Plaintiff need not file a response to Defendant's October 21, 2026 request.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2026
New York, New York

Copies transmitted this date to all parties of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.